UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| RONALD WAYNE THOMPSON, <br> TDCJ No. 01648728, <br>     Petitioner, <br><br> v. <br><br> LORIE DAVIS, <br> Director, Texas Department of <br> Criminal Justice, Correctional <br> Institutions Division, <br>     Respondent. | § § § § § § § § § § § § | EP-18-CV-263-PRM |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order signed on this date, the Court enters its Final Judgment, pursuant to Federal Rule of Civil Procedure 58, as follows:

**IT IS ORDERED** that Petitioner Ronald Wayne Thompsons pro se "Petition for a Writ of Habeas Corpus by a Person in State Custody" pursuant to 28 U.S.C. § 2254 (ECF No. 1) is **DENIED**, and his civil cause is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner is **DENIED** a **CERTIFICATE OF APPEALABILITY.**

**IT IS FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

**FINALLY, IT IS ORDERED** that the Clerk shall **CLOSE** this case.

**SIGNED** this **25th day** of **July, 2019**.

_____
PHILIP R. MARTINEZ
UNITED STATES DISTRICT JUDGE